1
2                                                              JS-6
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11 Kate Marshall,              ) Case No. **CV 10-3351-JFW (JEMx)**
                               )
12            Plaintiff,       ) **ORDER DISMISSING CIVIL ACTION**
                               )
13      v.                     )
                               )
14 Credit Management, LP,      )
                               )
15            Defendants.      )
   _____ )
16
17
18      THE COURT has been advised by counsel that this action
19 has been settled, or is in the process of being settled.
20      IT IS THEREFORE ORDERED that this action is hereby
21 dismissed without prejudice to the right, upon good cause
22 shown within 30 days, to re-open the action if settlement is
23 not consummated.  During this 30 day period, this Court
24 retains full jurisdiction over this action and this Order
25 shall not prejudice any party to this action.
26 / / /
27 / / /
28

(Rev. 2/15/08)

In the event a motion or *ex parte* application to re-open is not filed within 30 days, the dismissal of this action will be with prejudice.

Dated: September 20, 2010

_____
JOHN F. WALTER
United States District Judge